## GULF STATES TUBE DIVISION OF QUANEX CORPORATION, Plaintiff,

v.

## UNITED STATES and the United States Department of Commerce, Defendants,

## DALMINE S.p.A, Dalmine USA Inc., and TAD USA, Inc., Defendant–Intervenors.

Slip Op. 98–25. Court No. 95–09–01125.

United States Court of International Trade.

March 10, 1998.

WALLACH, Judge:

## JUDGMENT ORDER

On August 29, 1997, this Court remanded to the Department of Commerce, International Trade Administration, one issue arising from Commerce's determination in *Small Diameter Circular Seamless Carbon and Alloy Steel, Standard, Line and Pressure Pipe from Italy,* 60 Fed.Reg. 31,981 (June 19, 1995). At the request of Commerce, the Court remanded this case to Commerce to recalculate the cost of production ("COP") and constructed value ("CV") for the galvanized pipe produced by Dalmine Tubi Indust-

riali S.r.l. ("DTI"). Commerce complied with the Court's remand order and filed its remand results on November 28, 1997. *See Final Results of Redetermination Pursuant To Court Remand: Gulf States Tube v. The United States,* 981 F.Supp. 630 (1997), (*"Results of Redetermination"*).

Pursuant to the telephonic conference held this day with Plaintiff, Gulf States Tube Division of Quanex Corporation, appearing by and through Roger Schagrin, Esq., of Schagrin Associates, Defendants, the United States and the United States Department of Commerce, appearing by and through Velta Melnbrencis, Esq., and Defendant–Intervenors, Dalmine, S.p.A., Dalmine USA Inc., and TAD USA, Inc., appearing by and through Doug Heffner, Esq., of Rogers & Wells; the Court having reviewed the pleadings and papers on file herein, no parties intending to file comments on Commerce's *Results of Redetermination,* and good cause appearing therefor, it is hereby

ORDERED ADJUDGED and DECREED that the *Results of Redetermination* are affirmed.